**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2373**

JAELEN M. WRIGHT,

              Plaintiff - Appellant,

    v.

THOMAS NELSON COMMUNITY COLLEGE; CHARITY HANCOCK,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Robert G. Doumar, Senior District Judge.  (4:16-cv-00151-RGD-RJK)

Submitted:  February 23, 2017     Decided:  February 27, 2017

Before SHEDD and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed and remanded by unpublished per curiam opinion.

Jaelen M. Wright, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jaelen M. Wright seeks to appeal the district court's order dismissing his civil complaint without prejudice for lack of subject matter jurisdiction. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). Because it is possible that Wright could cure the defects in his complaint through amendment, the order he seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Blitz v. Napolitano, 700 F.3d 733, 738 (4th Cir. 2012). Accordingly, we dismiss the appeal for lack of jurisdiction and remand the case to the district court with instructions to allow Wright to file an amended complaint. See Goode v. Cent. Va. Legal Aid Soc'y, 807 F.3d 619, 630 (4th Cir. 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED AND REMANDED

2